AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Kirby Spencer<br><br>*Plaintiff(s)*<br>v.<br>AT&T Corp., A Foreign Corporation Doing Business in Nevada<br><br>*Defendant(s)* | Civil Action No. 2:14-cv-01136-RFB-PAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AT&T Corp., A Foreign Corporation Doing Business in Nevada
111 Eight Avenue
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig K. Perry, Esq.
CRAIG K. PERRY & ASSOCIATES
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

DATE  7/11/2014