Ryan Lower (SBN 9108)
rml@morrislawgroup.com
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Douglas W. Sullivan (pro hac vice)
dsullivan@crowell.com
Joel D. Smith (pro hac vice)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant AT&T Digital Life, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER, | CASE NO. 2:14-cv-01136-RFB-(PAL) |
| Plaintiff, | |
| v. | **AT&T DIGITAL LIFE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| AT&T DIGITAL LIFE, INC., a foreign corporation doing business in Nevada, | |
| Defendant. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

AT&T'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 2:14-CV-01136-RFB

SFACTIVE-999999.0002331 \ 903422725.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant AT&T Digital Life, Inc. ("AT&T") hereby respectfully requests that the Court take judicial notice of the documents set forth below (together with their contents) pursuant to Federal Rule of Evidence 201.

Rule 201 permits a court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may properly take judicial notice of its own docket, including court docket entries in other litigation commenced by a party. *See*, *e.g.*, *Van Nort v. Fair*, 2010 WL 4284273 *4 n.2 (D. Nev. Oct. 19, 2010) ("The Court takes judicial notice of its own docket and notes here that plaintiff has filed numerous actions with the court . . . ."); *Leavitt v. Neven*, 2012 WL 2838632 *2 (D. Nev. July 10, 2012) (taking judicial notice of docket activity in other district court litigation involving a party).

Accordingly, AT&T respectfully asks that the Court take judicial notice of the operative complaints in each of the other lawsuits filed by Plaintiff Kirby Spencer in this District where he alleges an individual claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA"). The complaints listed below are attached as Exhibits 1-11 to this Request for Judicial Notice.

- Exhibit 1: *Spencer v. Nationwide Credit, Inc.*, 2:14-cv-02051-JAD-NJK (filed Dec. 8, 2014).
- Exhibit 2: *Spencer v. Security Finance Corp. of Nevada*, 2:14-cv-01914-RFB-PAL (filed Nov. 17, 2014).
- Exhibit 3: *Spencer v. Bluestem Brands, Inc.*, 2:14-cv-01880-RFB-VCF (filed Nov. 10, 2014).
- Exhibit 4: *Spencer v. Collection Bureau of America, Ltd.*, 2:14-cv-01863-RFB-CWH (filed Nov. 6, 2014).
- Exhibit 5: *Spencer v. MRS BPO, LLC*, 2:14-cv-01833- MMD-GWF (filed Nov. 4, 2014).

1  - Exhibit 6: *Spencer v. Wells Fargo Bank, N.A.*, 2:14-cv-01648-LDG-GWF (filed October 7, 2014).

- Exhibit 7: *Spencer v. Kohl's Department Stores*, 2:14-cv-01646-RFB-CWH (filed Oct. 7, 2014).

- Exhibit 8: *Spencer v. LTD Financial Servs.*, 2:14-cv-01138-APG-CWH (filed July 11, 2014).

- Exhibit 9: *Spencer v. ATG Credit, LLC*, 2:13-cv-00206-JAD-CWH (filed Feb. 7, 2013).

- Exhibit 10: *Spencer v. Diversified Adjustment Service, Inc.*, 2:12-cv-01317-JCM-PAL (filed July 26, 2012).

- Exhibit 11: *Spencer v. Enhanced Recovery Co., LLC*, 2:12-cv-00167-KJD-RJJ (filed May 22, 2012).

Dated:  February 6, 2015

CROWELL & MORING, LLP

By:   /s/ Joel D. Smith

Joel D. Smith
Attorneys for Defendant
AT&T Digital Life, Inc.

SFACTIVE-999999.0002331 \ 903422725.1

**CERTIFICATE OF SERVICE**

I, Joel D. Smith, state:

My business address is 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served via electronic service the foregoing document(s) described as:

**AT&T DIGITAL LIFE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

on the following person(s) in this action:

Craig Perry
Craig K. Perry & Associates
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117
phone: (702) 228-4777
Fax: (702) 943-7520
Email: cperry@craigperry.com

*Attorneys for Plaintiff*

DATED:  February 6, 2015   BY:   /s/
                                          Joel D. Smith

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

AT&T'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 2:14-CV-01136-RFB

SFACTIVE-999999.0002331 \ 903422725.1