Ryan Lower (SBN 9108)
rml@morrislawgroup.com
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Douglas W. Sullivan (pro hac vice)
dsullivan@crowell.com
Joel D. Smith (pro hac vice)
 jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant AT&T Digital Life, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIRBY SPENCER, individually and on
behalf of all others similarly situated,

                Plaintiff,

        v.

AT&T DIGITAL LIFE, INC., a foreign
corporation doing business in Nevada,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:14-cv-01136-RFB-(PAL)

**AT&T DIGITAL LIFE, INC.'S REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF
SECOND MOTION FOR SUMMARY
JUDGMENT**

CROWELL
& MORING LLP
ATTORNEYS AT LAW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant AT&T Digital Life, Inc. ("AT&T") hereby respectfully requests that the Court take judicial notice of the documents set forth below (together with their contents) pursuant to Federal Rule of Evidence 201.

Rule 201 permits a court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is mandatory if a court is "requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). Accordingly, AT&T respectfully requests that the Court take judicial notice of the following documents cited in AT&T's concurrently-filed Second Motion for Summary Judgment:

**A. Federal Agency Document:** FCC document titled, "Consumer Guide: Unwanted Telephone Marketing Calls" (Oct. 8, 2014), accessed from http://www.fcc.gov/guides/ unwanted-telephone-marketing-calls on December 5, 2014. A true and correct copy of this document is attached as Exhibit A to this Request for Judicial Notice and also as Exhibit 11 to the Declaration of Joel D. Smith In Support Of AT&T Digital Life, Inc.'s Second Motion For Summary Judgment.

Public documents and reports of administrative agencies, including the FCC Consumer Guide attached as Exhibit A, are proper subjects for judicial notice under Rule 201. *See Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 952 n.2 (9th Cir. 2009) (citing FCC Consumer Guide: Unwanted Telephone Marketing Calls); *Interstate Natural Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953) ("We may take judicial notice of records and reports of administrative bodies"); *U.S. ex rel. Calilung v. Ormat Indus., Ltd.*, 2015 WL 1321029 *8 (D. Nev. March 24, 2015) (taking judicial notice of agency reports); *Ang v. Bimbo Bakeries USA, Inc.*, 2013 WL 5407039 *9 n.10 (N.D. Cal. Sept. 25, 2013) (taking judicial notice of FDA Compliance Policy Guide).

**B. Federal Agency Document:** June 18, 2015 FCC press release titled, "FCC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1   Strengthens Consumer Protections Against Unwanted Calls and Texts," accessed from

2   https://www.fcc.gov/document/fcc-strengthens-consumer-protections-against-unwanted-calls-

3   and-texts on September 29, 2015.  A true and correct copy of this document is attached as <u>Exhibit</u>

4   <u>B</u> to this Request for Judicial Notice and also as <u>Exhibit 19</u> to the Declaration of Joel D. Smith In

5   Support Of AT&T Digital Life, Inc.'s Second Motion For Summary Judgment.

6          Press releases issued by government agencies are proper subjects for judicial notice under

7   Rule 201.  *See Arce v. Douglas*, 793 F.3d 968, 975 n.3 (9th Cir. 2015) (taking judicial notice of

8   press release issued by state superintendent of public schools); *Taleff v. Sw. Airlines Co.*, 554 Fed.

9   Appx. 598, 599 n.1 (9th Cir. 2014) (taking judicial notice of Department of Justice press release);

10  *Gustavson v. Mars, Inc.*, 2014 WL 2604774 at *3 n.1 (N.D. Cal. June 10, 2014) (taking judicial

11  notice of FDA press release available on FDA website).

12

13  Dated:  November 25, 2015                              CROWELL & MORING, LLP

14                                                          By:   /s/ Joel D. Smith

15                                                              Joel D. Smith
                                                            Attorneys for Defendant
16                                                          AT&T Digital Life, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Joel D. Smith, state:

My business address is 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served via electronic service the foregoing document(s) described as:

**AT&T DIGITAL LIFE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SECOND MOTION FOR SUMMARY JUDGMENT**

on the following person(s) in this action:

| | |
|---|---|
| Craig Perry | Evan Meyers |
| Craig K. Perry & Associates | McGuire Law, P.C. |
| 8010 W. Sahara Avenue, Suite 260 | 55 W. Wacker Drive, 9th Floor |
| Las Vegas, NV 89117 | Chicago, IL, 60601 |
| phone: (702) 228-4777 | Phone: (312) 893-7002 |
| Fax: (702) 943-7520 | Fax: (312) 275-7895 |
| Email: cperry@craigperry.com | emeyers@mcgpc.com |
| | |
| *Attorneys for Plaintiff* | *Attorney for Plaintiff* |

DATED: November 25, 2015     BY: _____/s/ Joel D. Smith_____

Joel D. Smith

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

AT&T'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 2:14-CV-01136-RFB

SFACTIVE-999999.0002331 \ 903422725.1