Craig K. Perry
Nevada Bar No. 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
cperry@craigperry.com

*Attorney for Plaintiff Kirby Spencer*

Ryan Lower (SBN 9108)
rml@morrislawgroup.com
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

*Attorneys for Defendant AT&T Digital Life, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T DIGITAL LIFE, INC., a foreign corporation doing business in Nevada,<br><br>Defendant. | CASE NO. 2:14-cv-01136-APG-PAL<br><br>**NOTICE OF SETTLEMENT** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF SETTLEMENT;
CASE NO. 2:14-CV-01136-APG-PAL

SFACTIVE-074931.0000492 \ 903977580.1

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiff Kirby Spencer and Defendant AT&T Digital Life, Inc. hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to finalize the settlement and file the dismissal.

Respectfully submitted,

Dated: March 25, 2016

CRAIG K. PERRY & ASSOCIATES

By: /s/ Craig K. Perry
Craig K. Perry (Nev. Bar No. 3786)

*Attorneys for Plaintiff Kirby Spencer*

Dated: March 25, 2016

CROWELL & MORING

By: /s/ Joel D. Smith
Joel D. Smith (pro hac vice)

*Attorneys for Defendant
AT&T Digital Life, Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

NOTICE OF SETTLEMENT;
CASE NO. 2:14-CV-01136-APG-PAL

SFACTIVE-074931.0000492 \ 903977580.1